**Pandit Law**

Rajan Pandit
raj@panditlaw.com

September 25, 2018

*VIA FACSIMILE ONLY*

The Honorable Judge John W. deGravelles
777 Florida Street, Suite 355
Baton Rouge, LA 70801
*Facsimile No.: (225)389-3569*

RE:   *John Toussaint vs. Selective Insurance Company of the Southeast*
      USDC/MDLA # 3:17-cv-01378-JWD-EWD
      *Lionel Paul vs. Selective Insurance Company of the Southeast*
      USDC/MDLA # 3:17-cv-01157-JWD-EWD
      *Jared Mitchell vs. Selective Insurance Company of the Southeast*
      USDC/MDLA # 3:17-cv-01152-JWD-EWD
      *Martha and Dwayne Mayers vs. Selective Insurance Company of the Southeast*
      USDC/MDLA # 3:17-cv-01159-JWD-EWD
      *Christopher Frost vs. Selective Insurance Company of the Southeast*
      USDC/MDLA # 3:17-cv-01162-JWD-EWD

Honorable Judge deGravelles:

Please be advised that the parties have reached a settlement in the above-mentioned cases, and we respectfully request that the Court issue a 60-day order of dismissal in these matters. Aside from the requirement that FEMA issue an approval of the settlement, all other conditions are within the control of the parties. Counsel for Selective requested we inform the Court that the settlement is, in fact, conditional. We do not anticipate any issues arising from the settlement. Plaintiffs and Plaintiffs' counsel would like to thank the Court for its assistance in bringing this matter to a favorable resolution for all involved parties. With warm regards, I remain,

Very truly yours,

Rajan Pandit

cc: Brent Burns via email: BBurns@kingjurgens.com

707 Poydras St., Suite 3950  |  tel: 504-313-3800
New Orleans, LA 70139  |  Fax: 504-313-3820

www.panditlaw.com

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| September 25, 2018 at 2:27:00 PM PDT | Pandit Law Firm, LLC 58 | | 2 | Received |

Case 3:17-cv-01152-JWD-EWD   Document 13   09/26/18   Page 2 of 2

Sep 25 2018 16:26:18 Via Fax   ->   Middle District of L Page 001 Of 002

# FAX COVER SHEET

**To:** Honorable Judge deGravelles

**From:** raj@panditlaw.com

**Company:** Middle District of Louisiana

**Date:** 09/25/18 04:05:55 PM

**Fax Number:** 1-225-389-3569

**Pages (Including cover):** 2

**Re:** Conditional Settlement Letter

**Notes:**